UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | | |
|---|---|---|
| **MARY KAY INC.,** | § § | |
| Plaintiff, | § § | Case Number 3-12-CV-00029-D |
| vs. | § § | |
| **AMY DUNLAP, and AIMEE POWER,** | § § | |
| Defendants. | § § | |

_____

**AGREED JOINT MOTION TO DISMISS WITH PREJUDICE**
_____

TO THIS HONORABLE COURT:

Plaintiff Mary Kay Inc. and Defendant Amy Dunlap hereby file this Agreed Joint Motion to Dismiss With Prejudice. All matters in controversy between Mary Kay and Amy Dunlap have been fully compromised and settled, and those parties no longer desire to prosecute their respective claims and counterclaims. Accordingly, Mary Kay and Ms. Dunlap respectfully request that their respective claims and counterclaims against each other be dismissed with prejudice.

WHEREFORE, the parties request that the Court grant this Agreed Joint Motion to Dismiss With Prejudice and enter the Agreed Order of Dismissal With Prejudice as proposed by the these parties, with costs and attorney's fees taxed against the party incurring same.

_____

Date: February 27, 2013               Respectfully submitted,

                                      /s/ Christopher J. Schwegmann
                                      John T. Cox III
                                      State Bar No. 24003722
                                      Christopher J. Schwegmann
                                      State Bar No. 24051315
                                      Gail A. Hayworth
                                      Texas Bar No. 24074382
                                      Lynn Tillotson Pinker & Cox, LLP
                                      2100 Ross Avenue, Suite 2700
                                      Dallas, Texas  75201
                                      (214) 981-3800
                                      (214) 981-3839 – telecopier

                                      **COUNSEL FOR MARY KAY INC.**


                                      /s/ David Eisenstein
                                      David G. Eisenstein, *pro hac vice*
                                      California State Bar No. 224646
                                      Law Offices of David G. Eisenstein, P.C.
                                      4027 Aiden Circle
                                      Carlsbad, California 92008
                                      (706) 730-7900
                                      (706) 730-7903 - telecopier

                                      **COUNSEL FOR AMY DUNLAP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on counsel of record on the 27th day of February, 2013.  In addition, a copy of this Motion and was served *via first class mail* on Ms. Power at the following address:

   Ms. Aimee Power
   118 Rue Des Bouvier
   Youngsville, La 70592


                                      /s/ Christopher J. Schwegmann
                                      Christopher J. Schwegmann


4841-7321-8835, v.  1

---