# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISON

| | | |
|---|---|---|
| **MARY KAY INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case Number 3:12-CV-0029-D** |
| **vs.** | § | |
| | § | |
| **AMY DUNLAP, and AIMEE POWER,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## AGREED ORDER TO DISMISS WITH PREJUDICE

On this day, came on for consideration Plaintiff Mary Kay Inc.'s and Defendant Amy Dunlap's Agreed Joint Motion to Dismiss with Prejudice.  The Court, finding cause for the same is of the opinion that the Agreed Joint Motion should be granted and that all claims, causes of action and counterclaims heretofore asserted by Mary Kay Inc. against Amy Dunlap and by Amy Dunlap against Mary Kay Inc. should be and hereby are dismissed with prejudice.

Therefore, it is ORDERED that all claims, causes of action, and counterclaims asserted by Mary Kay Inc. against Amy Dunlap and by Amy Dunlap against Mary Kay Inc. are hereby DISMISSED WITH PREJUDICE and all costs and attorneys' fees shall be borne by the parties incurring same.

SO ORDERED.

SIGNED February 27, 2013.

SIDNEY A. FITZWATER
CHIEF JUDGE

**AGREED ORDER TO DISMISS WITH PREJUDICE** 1