UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | | |
|---|---|---|
| MARY KAY INC., § | | |
| § | | |
| Plaintiff, § | | |
| § | Case Number 3-12-CV-00029-D | |
| vs. § | | |
| § | | |
| AMY DUNLAP and AIMEE POWER, § | | |
| § | | |
| Defendants. § | | |
| § | | |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Plaintiff Mary Kay respectfully requests that the Clerk of the Court make an entry of default against Defendant Aimee Power pursuant to Federal Rule of Civil Procedure 55(a).

The Clerk of the Court may enter a default against any party who has not filed a responsive pleading or otherwise defended the suit. FED. R. CIV. P. 55(a). Here, the Clerk of the Court should enter a default against Defendant Aimee Power because she failed to file a responsive pleading or otherwise defend the lawsuit. *See also* Order dated Feb. 28, 2013 (Doc. No. 73). Mary Kay has satisfied all of the procedural requirements for obtaining an entry of default as proven by the attached affidavit of Christopher J. Schwegmann. *See* Exhibit A.

Accordingly, the Clerk of the Court should enter default against Defendant Aimee Power pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Mary Kay has attached a proposed form for the entry of default as Exhibit B to this request in accordance with Local Rule 55.3.

DATED: March 21, 2013

Respectfully submitted,

_____
John T. Cox III
   Texas Bar No. 24003722
Christopher J. Schwegmann
   Texas Bar No. 24031515
Gail A. Hayworth
   Texas Bar No. 24074382
LYNN TILLOTSON PINKER & COX, L.L.P.
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800  Phone
(214) 981-3839  Fax

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

A copy of the foregoing Request for Entry of Default was served *via certified mail, return receipt requested,* on Ms. Power at the following address:

Ms. Aimee Power
118 Rue Des Bouvier
Youngsville, La 70592

_____
Christopher J. Schwegmann