UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | | |
|---|---|---|
| MARY KAY INC., | § § § | |
| Plaintiff, | § § | Case Number 3-12-CV-00029-D |
| vs. | § § | |
| AMY DUNLAP and AIMEE POWER, | § § | |
| Defendants. | § § § | |

## CLERK'S ENTRY OF DEFAULT

On this day came on for consideration Plaintiff Mary Kay Inc.'s Request for Entry of Default against Defendant Aimee Power. The clerk having considered Mary Kay Inc.'s request, the evidence submitted therewith, and FED. R. CIV. P. 55, finds that the record supports entry of default against this Defendant.

Accordingly, default is hereby entered against Defendant Aimee Power.

Signed this _____ day of March, 2013.

_____
UNITED STATES DISTRICT CLERK

CLERK'S ENTRY OF DEFAULT

Exhibit B