UNITED STATES DISTRICT COURT
For the
Northern District of Texas
Dallas Division

| | |
|---|---|
| MARY KAY INC., <br>     Plaintiff, <br><br> VS. <br><br> AMY DUNLAP and <br> AIMEE POWER <br>     Defendants. | Civil Action No. 3:12-CV-00029-D |

### DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Aimee Power files her Original Answer and responds to Plaintiffs' First Amended Complaint as follows:

### General Denial

Defendant generally denies each and every allegation made and contained in Plaintiffs' First Amended Original Complaint which Plaintiffs may hereinafter file by way of amendment or supplement as provided for in the Texas Rule of Civil Procedure, and request that Plaintiffs be required to prove their charges against the Defendants as provided for in the Laws of Constitution of the State of Texas.

### Prayer

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that (1) she be discharged and dismissed and that Plaintiffs take nothing against Defendant; (2) that Defendants be awarded her costs; and (3) that Defendant be granted such other and further relief to which she may show herself entitled.

Clerk of Court
United States District Court, Northern District of Texas
Dallas Division
1100 Commerce St., Room 1452
Dallas, TX 75242

Dear Clerk:

My name is Aimee' Power. I am a defendant in the Mary Kay v. Amy Dunlap and Aimee' Power case which is filed in your court. I am attaching my answer to the complaint filed against me in this case, which is a copy of the original document. I timely served the original of my answer to the complaint on Mary Kay's counsel on September 25th, 2012 to Mr. Schwegmann's office. Because I am not an attorney and I am representing myself in this case, I did not know that I was required to file a copy with the Court as well. Please accept this filing on my behalf and let me know if any additional information is required.

You may reach me at the address on this letter or by phone at 337-224-8522.

Thank you!

Sincerely,

Aimee' Power

cc: Chief Judge Sidney A. Fitzwater (with enclosure)
United States District Court, Northern District of Texas
Dallas Division
1100 Commerce St., Room 1528
Dallas, TX 75242
cc: Chris Schwegmann, Esq. (with enclosure)
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
cschwegmann@lynnllp.com

By: _____
Aimee Power, Pro Se
118 Rue Des Bouvier
Youngsville, La 70592
337-224-8522

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2012, a true and correct copy of the foregoing pleading was mailed CMRRR to counsel for Plaintiff, Christopher J. Schwegmann of Lynn Tillotson Pinker & Cox, L.L.P. at 2100 Ross Avenue, Suite 2700, Dallas, TX 75201.

_____
Aimee Power

