ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 26 2013

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| MARY KAY INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMY DUNLAP, and AIMEE POWER, <br><br> Defendants. | Case Number 3-12-CV-00029-D |

## Certificate of Interested Persons

Defendant files this her Certificate of Interested Persons in accordance with this Court's Order, and would respectfully show that the interested persons are as follows:

Aimee Power, Defendant

Mary Kay, Inc., Plaintiffs

Dated this the 22nd day of March, 2013.

Respectfully submitted,

_____
Aimee' Power, *Pro Se*
118 Rue Des Bouvier
Youngsville, LA 70592

Certificate of Service

I hereby certify that on the 22nd day of March, 2013, a true and correct copy of the foregoing pleading was served in accordance with the Federal Rules of Civil Procedure on the following via CMRRR:

    John T. Cox III
    Christopher J. Schwegmann
    Gail A. Hayworth
    Lynn Tillotson Pinker Cox LLP
    2100 Ross Avenue, Suite 2700
    Dallas, Texas 75201
    **ATTORNEYS FOR MARY KAY INC.**

_____
Aimee' Power, *Pro Se*

Aimee Power
118 Rue Des Bouvier
Youngsville, LA 70592

March 22, 2013

Clerk of Court
1100 Commerce Street, Suite 1452
Dallas, Texas 75242

**RE:** **Case Number 3-12-CV-00029-D; MARY KAY INC. vs. AMY DUNLAP, and AIMEE POWER, Defendants Aimee Power**

Dear Sir/Madam:

Enclosed is a Certificate of Interested Persons to be filed in above-referenced cause.

Sincerely,

Aimee Power

cc:  John T. Cox III
     Christopher J. Schwegmann
     Gail A. Hayworth
     Lynn Tillotson Pinker Cox LLP
     2100 Ross Avenue, Suite 2700
     Dallas, Texas 75201
     ATTORNEYS FOR MARY KAY INC.
         **Via CMRRR**

