**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISON**

| | | |
|---|---|---|
| **MARY KAY INC.,** | § § § | |
| Plaintiff, | § § | **Case Number 3-12-CV-00029-D** |
| vs. | § § | |
| **AIMEE POWER,** | § § | |
| Defendant. | § § | |

**UNOPPOSED MOTION FOR EXTENSION OF SCHEDULING PROPOSAL DUE DATE**

TO THIS HONORABLE COURT:

Plaintiff Mary Kay Inc. ("Mary Kay") respectfully asks this Court for a one-week extension of the Scheduling Proposal Due Date for good cause.

1. Pursuant to this Court's Order (Doc. No. 77), the parties' Scheduling Proposal is due April 22, 2013.

2. For the past several weeks, the daughter of Mary Kay's lead counsel, Mr. Chris Schwegmann, has been in Medical City Hospital's Intensive Care Unit, and Mr. Schwegmann has accordingly been out of the office.

3. For this reason, Mary Kay respectfully asks the Court for a short, one-week extension of the Scheduling Proposal Due Date, so that the parties' Scheduling Proposal will be due on or before **April 29, 2013**.

4. This extension is sought for good cause, not for purposes of delay, and so that justice may be done.

UNOPPOSED MOTION TO EXTEND SCHEDULING PROPOSAL DUE DATE        PAGE 1

5. Defendant Aimee Power is not opposed to the requested extension.

Date: April 22, 2013

Respectfully submitted,

*/s/ Gail A. Hayworth*
John T. Cox III
State Bar No. 24003722
Christopher J. Schwegmann
State Bar No.24051315
Gail A. Hayworth
Texas Bar No. 24074382
LYNN TILLOTSON PINKER & COX, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
(214) 981-3800
(214) 981-3839 – telecopier

**COUNSEL FOR MARY KAY INC.**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on April 22, 2013 the undersigned contacted Defendant Aimee Power by telephone and that Ms. Power stated that she is unopposed to the relief requested in this Motion:

Ms. Aimee Power
118 Rue Des Bouvier
Youngsville, La 70592

/s/ *Gail A. Hayworth*
Gail A. Hayworth

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on counsel of record on the 22nd day of April, 2013. In addition, a copy of this Motion and was served *via first class mail* on Ms. Power at the following address:

**Via U.S. First Class Mail**
Ms. Aimee Power
118 Rue Des Bouvier
Youngsville, La 70592

/s/ *Gail A. Hayworth*
Gail A. Hayworth