UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | |
|---|---|
| MARY KAY INC., § § Plaintiff, § § vs. § AMY DUNLAP, and AIMEE POWER, § § Defendants. § | Case Number 3-12-CV-00029-D |

## UNOPPOSED MOTION FOR ENTRY OF PERMANENT INJUNCTION AND TO DISMISS WITH PREJUDICE

Plaintiff Mary Kay Inc. and Defendant Aimee Power have compromised all of the matters in dispute between them. Accordingly, Mary Kay Inc. moves the Court to enter the Agreed Permanent Injunction attached hereto as <u>Exhibit A</u>, and to dismiss this case with prejudice.

Dated: April 29, 2013

/s/ Christopher J. Schwegmann
John T. Cox III
Texas Bar No. 24003722
tcox@lynnllp.com
Christopher J. Schwegmann
Texas Bar No. 24036724
cschwegmann@lynnllp.com

**LYNN TILLOTSON PINKER & COX, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

**ATTORNEYS FOR MARY KAY INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the following party via first class mail on April 29, 2013:

Ms. Aimee Power
118 Rue Des Bouvier
Youngsville, LA 70592

>                             *s/ Christopher J. Schwegmann*
>                             Christopher J. Schwegmann

## CERTIFICATE OF CONFERENCE

The undersigned has personally conferred with Ms. Power concerning the relief requested in this motion.  Ms. Power does not oppose this motion.

>                             */s/ Christopher J. Schwegmann*
>                             Christopher J. Schwegmann

---